FILED

FEB 18 2009

William B. Guthrie
Clerk, U.S. District Court

By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>CODY HARRIS,<br><br>    *Defendant*. | Case No.<br><br>CR 09-019-RAW |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**[18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm]**

On or about September 26, 2008, in Cherokee County, within the Eastern District of Oklahoma, the defendant, **CODY HARRIS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, the following firearms, to-wit:

- one (1) Springfield Armory, model XD-40, .40 caliber pistol, serial number US 354431, and

- one (1) Mossberg, model 835, 12 gauge pump action shotgun, serial number UM752503

which had been shipped and transported in interstate commerce.

**All in violation of Title 18, United States Code, Section 922(g)(1).**

## COUNT TWO

**[18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition]**

On or about September 26, 2008, in Cherokee County, within the Eastern District of Oklahoma, the defendant, **CODY HARRIS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, the following ammunition, to-wit:

- fifteen (15) rounds of Speer Golddot .40 caliber ammunition,
- fourteen (14) rounds of Winchester 12 gauge ammunition,
- one (1) round of Remington 12 gauge ammunition,
- thirteen (13) rounds of Federal 12 gauge ammunition,
- five (5) rounds of Wolf 7.62x39 caliber ammunition,
- eight (8) rounds of CJ 9x19 93 caliber ammunition,
- one (1) round of Wolf 9mm caliber ammunition,
- one (1) round of RP .380 caliber ammunition,
- one (1) round of F.C. 9mm caliber ammunition,
- four (4) rounds of F.C. .380 caliber ammunition,
- twelve (12) rounds of R-P .380 caliber ammunition,
- two (2) rounds of PMP 9mm caliber ammunition, and
- one (1) round of R-P 9mm ammunition,

which had been shipped and transported in interstate commerce.

**All in violation of Title 18, United States Code, Section 922(g)(1).**

## COUNT THREE

**[18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm]**

On or about December 21, 2008, in Cherokee County, within the Eastern District of Oklahoma, the defendant, **CODY HARRIS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, the following firearm, to-wit: one (1) Maverick Arms, model 88, 12 gauge shotgun, serial number MV35507A, which had been shipped and transported in interstate commerce.

**All in violation of Title 18, United States Code, Section 922(g)(1).**

A TRUE BILL:

SHELDON J. SPERLING
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

SHANNON L. HENSON, OBA # 15905
Assistant United States Attorney

3